FOURTH DEPARTMENT, MAY, 2013

(May 3, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO RODRIGUEZ, Appellant. [964 NYS2d 436]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered August 26, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (see generally People v Lopez, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (see id. at 255; see generally People v Lococo, 92 NY2d 825, 827 [1998]; People v Hidalgo, 91 NY2d 733, 737 [1998]).

We have considered defendant's contentions in his pro se supplemental brief and conclude that they are without merit. Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.